**Order entered December 21, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00624-CV**

**MELISSA BREWER, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02438-2019**

## ORDER

Before the Court is appellant's December 17, 2020 third motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **February 1, 2021**. We caution appellant that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE